# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:14-cr-211-DPM-4

WILLIE JAMES JOHNSON
Reg. No. 28798-009            DEFENDANT

## ORDER

1. Supplement, *Doc. 1439*, appreciated. Johnson appealed to the Office of General Counsel; but at the time he submitted his supplement, that appeal hadn't run its course. *Doc. 1439 at 3*. It may have by now. 28 C.F.R. § 542.18.

2. It's unnecessary to get clarity on the exhaustion issue, though, because even if Johnson has exhausted his administrative remedies, his motion for compassionate release fails on the merits. Johnson is a black man in his mid-thirties. He is obese and has type 2 diabetes. His concerns about the virus are therefore valid. But Johnson has served a bit more than half of his ten-year sentence, which was a downward variance from his career offender Guidelines range. Reducing his sentence by nearly four years would not promote respect for the law, provide just punishment, reflect the seriousness of his offense, or adequately deter Johnson and others. All material things considered, the statute's remedy—reducing his sentence to time

served — is not appropriate in this case.   18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a).   His motion, *Doc. 1434*, is therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 December 2020