IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:14-cr-211-DPM-4

WILLIE JAMES JOHNSON
Reg. No. 28798-009     DEFENDANT

## ORDER

Johnson asks the Court to take some time off his sentence due to the ongoing conditions caused by the COVID-19 pandemic. At this stage, though, the only authority the Court has to modify Johnson's sentence is a reduction to time served under the compassionate release statute. 18 U.S.C. § 3582(c)(1). And the Court has already denied that relief in this case. *Doc. 1441*. Johnson's motion, *Doc. 1445*, is therefore denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2021